# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF GREGG A. SCHWOTZER, DECEASED | : No. 261 WAL 2021 |
| | : |
| | : |
| CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, CROSSGATES MANAGEMENT, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL, AND RYAN A. SCHWOTZER, AN INDIVIDUAL | : Petition for Allowance of Appeal : from the Order of the Superior Court : : : : : : |
| | : |
| v. | : |
| | : |
| ESTATE OF GREGG A. SCHWOTZER, DECEASED, AND PAMELA Z. SCHWOTZER, INDIVIDUALLY AND IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GREGG A. SCHWOTZER, DECEASED | : : : : : : : |
| | : |
| | : |
| PETITION OF:  CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL | : : : : |
| IN RE: ESTATE OF GREGG A. SCHWOTZER, DECEASED | : No. 262 WAL 2021 |
| | : |
| CROSSGATES, INC., A PENNSYLVANIA BUSINESS CORPORATION, CROSSGATES MANAGEMENT, INC., A PENNSYLVANIA BUSINESS CORPORATION, ARTHUR C. SCHWOTZER, AN INDIVIDUAL, AND RYAN A. SCHWOTZER, AN INDIVIDUAL | : Petition for Allowance of Appeal : from the Order of the Superior Court : : : : : : |
| | : |
| v. | : |
| | : |
| | : |
| | : |

ESTATE OF GREGG A. SCHWOTZER,　　:
DECEASED, AND PAMELA Z.　　:
SCHWOTZER, INDIVIDUALLY AND IN　　:
HER CAPACITY AS PERSONAL　　:
REPRESENTATIVE OF THE ESTATE OF　　:
GREGG A. SCHWOTZER, DECEASED　　:
　　:
　　:
PETITION OF:  CROSSGATES, INC., A　　:
PENNSYLVANIA BUSINESS　　:
CORPORATION,  ARTHUR C.　　:
SCHWOTZER, AN INDIVIDUAL


## ORDER


**PER CURIAM**

 **AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.